U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 29 2014

BY CHRIS R. JOHNSON, CLERK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA         )
                                 )   Criminal No. 2:13CR20067-001
v.                               )
                                 )
ENRIQUE ROJAS-ORTIZ

## FINAL ORDER OF FORFEITURE

On January 7, 2014, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 18). In the Preliminary Order of Forfeiture, a Smith and Wesson, model SW9VE, 9mm caliber pistol, serial number DTD3459, and 14 rounds of 9 mm ammunition containing the head-stamp FC 9mm Luger, any other ammunition seized in the offense were forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 18 U.S.C. § 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim.P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On February 27, 2014, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on January 7, 2014, shall become final at this time.

IT IS SO ORDERED this 29th day of April, 2014.

_____
HONORABLE P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE